UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WALID SUMMA,
    Plaintiff,

-vs.-                                          Case No. 4:13-cv-12118-MAG-RSW
                                             Hon. Mark A. Goldsmith

ENHANCED RECOVERY COMPANY, LLC,
a Delaware company,
    Defendant.
_____

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT
WITH PREJUDICE AND WITHOUT COSTS TO EITHER PARTY**

The Plaintiff hereby dismisses Defendant, Enhanced Recovery Company, LLC., with prejudice and without costs to either party.

                                                                  Respectfully submitted

June 21, 2013                                /s/ Gary Nitzkin_____
                                                    GARY D. NITZKIN (P41155)
                                                    Attorney for Plaintiff
                                                    22142 West Nine Mile Road
                                                    Southfield, MI 48033
                                                    (248) 353-2882
                                                    GNitzkin@creditor-law.com